Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana 

Indianapolis Division

**FILED**
MAR 1 3 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Charles Ryan Weinschenk

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Central Intelligence Agency
Federal Bureau of Investigation
Indiana State Police
Noblesville Schools

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 1:20-cv-0829 TWP -MPB
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Charles Ryan Weinschenk
- Address: PO Box 442
  - City: Cicero
  - State: IN
  - Zip Code: 46034
- County: Hamilton
- Telephone Number: 317-690-1906
- E-Mail Address: weinschenkr@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Central Intelligence Agency
- Job or Title (if known):
- Address: Central Intelligence Agency
  - City: Washington
  - State: DC
  - Zip Code: 20505
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

**Defendant No. 2**
- Name: Federal Bureau of Investigation
- Job or Title (if known):
- Address: 935 Pennsylvania Avenue NW
  - City: Washington
  - State: DC
  - Zip Code: 20535
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

**Defendant No. 3**
- Name: Indiana State Police
- Job or Title (if known):
- Address: 100 N. Senate Avenue, Suite N302
  - City: Indianapolis
  - State: IN
  - Zip Code: 46204
- County: Marion
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity  [✔] Official capacity

**Defendant No. 4**
- Name: Noblesville Schools
- Job or Title (if known):
- Address: 18025 River Road
  - City: Noblesville
  - State: IN
  - Zip Code: 46060
- County: Hamilton
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity  [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✔] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment - Protection from Unreasonable Search and Seizures
5th Amendment - Deprivation of Life, Liberty, and Property
7th Amendment - Right to a Trial

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Right to life, liberty, and to have children. Timeline included as exact identities of perpetrators unknown to myself, but fully investigated by various inspector generals.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(see attached)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

(see attached)

B. What date and approximate time did the events giving rise to your claim(s) occur?

(see attached)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(see attached)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Learning disability from chemical administered to brain. Time and old age from masking portions of memory. Only recently cleansed after limitations would clear defendants of wrongdoing or allow records to be purged prior to my becomming aware of the crimes and able to respond.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request $545 million dollars in restitution as compensation for lost life, health, reputation, and opportunity. Destruction of all compromising evidence collected against myself. The basis is 20 years of memory issues and interference resulting in no education, relationships, or career with a failed contract worth in excess of $1 trillion dollars from a negotiated contract in the presence of the Vice President of the United States. Attempts to settle outside of court remained unanswered and the value to large to settle outside of court with a government entity.

Further I request life imprisonment and criminal charges for all parties deliberatley delaying actions to conceal their crimes or directly committing crimes against myself to include:
   -Negligent Homicide
   -Treason
   -Sexual Assault and False Imprisonment
   -Predatory Stalking and Harassment
   -Perjury

Referral to the Supreme Court of the United States to adjudicate statutes tied to document retention, actions of government personnel, and and definiton of crimes against American citizens.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/12/2020

Signature of Plaintiff

Printed Name of Plaintiff   Charles Ryan Weinschenk

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address