UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHARLES RYAN WEINSCHENK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00829-TWP-MPB |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| INDIANA STATE POLICE, | ) | |
| NOBLESVILLE SCHOOLS, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Dismissing Action and Directing Entry of Final Judgment**

"District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense." *Hoskins v. Poelstra,* 320 F.3d 761, 762 (7th Cir. 2003) (citing *Rowe v. Shake,* 196 F.3d 778, 783 (7th Cir. 1999)). As explained below, there is complete absence of any plausible federal claim alleged in the amended complaint and "[t]he Supreme Court has frequently said that a suit which is frivolous does not invoke the jurisdiction of the federal courts. . . ." *Crowley Cutlery Company v. United States,* 849 F.2d 273 (7th Cir. 1988).

The *pro se* plaintiff's amended complaint, filed on April 27, 2020, brings civil rights claims against the CIA, FBI, Indiana State Police (ISP), and Noblesville School. Dkt. 11. The amended complaint's "Statement of Claim" alleges the following:

1) Narrative - Story set in motion by a suspected senior official within the CIA. Cast the Plaintiff in the role of "Jesus" with surname meaning "bearing the blood of Christ". Contractors within the Indiana State Police (Roman state) then proceeded to persecute the Plaintiff to force a life of poverty, carpentry, and deviant associations. Resulted in a symbolic crucifixion to wipe out the Plaintiff's line taken literally. At one point Plaintiff made anemic, iron deficiency and simulated prison rape, and provided a pair of iron spikes in a courtroom stunt involving now senior officials with interesting surnames who were propelled through the ranks to complete the mission.

Ultimately resulting in an American consulate being sacrificed to turn the 2016 presidential election so the City of Pompeii could be "You're fired" with eventual CIA director cursed or "has a spell".

Dkt. 11 at 7.

The amended complaint alleges a series of unrelated events dating back to 1997, including a hacker looking at family photos, a teacher giving the plaintiff Viagra, ISP troopers arresting him for an incident involving a 13-year old in 2002, the FBI conducting brain tests on him in 2002, negotiating a deal with Secretary of State Pompeo in 2007, etc. *Id*. at 7-12. For relief, the plaintiff seeks $116 million in compensatory and $428 million in punitive damages, enforcement of "the 2007 contract," and the destruction of any evidence collected from him and his family in any investigations. *Id*. at 5.

The time frames referenced extend far beyond the reach of any applicable statute of limitations. Moreover, the amended complaint asserts no viable federal claim. "Conventional legal doctrine deems a suit frivolous if it is apparent from a reading of the complaint that there is no need to await the defendant's answer or motion to dismiss, or discovery or legal research, to determine that the case is going nowhere—that there's no possibility of the court's having authority to provide relief to the plaintiff." *Carter v. Homeward Residential, Inc.*, 794 F.3d 806, 807 (7th Cir. 2015).

The amended complaint is **dismissed as frivolous and for failure to state a claim upon which relief can be granted.** Judgment consistent with this Entry shall now issue.

All pending motions, dkt. [7], [9], 10], are **denied as moot.**

**IT IS SO ORDERED.**

Date: 4/29/2020

*Tanya Walton Pratt*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CHARLES RYAN WEINSCHENK
PO Box 442
Cicero, IN 46034